UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHETA BUNTING,

                              Plaintiff,                Case No.   1:20-cv-5472-RRM-SJB

- against -

THE YES PLATFORM, INC.,                           **NOTICE OF SETTLEMENT**

                              Defendant.
------------------------------------------------------------X

       Now comes the Plaintiff, Rasheta Bunting ("Plaintiff"), by and through counsel, to provide notice to the Court that the present case has been settled between Plaintiff and Defendant The Yes Platform, Inc., and states:

       1.    The parties have reached an agreement and a confidential settlement agreement ("Agreement") is in the process of being finalized.  Once the Agreement is fully executed, and the terms have been fulfilled in accordance with the Agreement, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

       2.    The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

       3.    The parties respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days following the date of this Notice of Settlement to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
         December 16, 2020

                                                  SHAKED LAW GOUP, P.C.
                                                  Attorneys for Plaintiff

                                          By:  */s/Dan Shaked*
                                               Dan Shaked (DS-3331)
                                               14 Harwood Court, Suite 415

Scarsdale, NY 10583  
Tel. (917) 373-9128  
e-mail: ShakedLawGroup@Gmail.com

ACTIVE/106187259.1