**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the
representative of a class of similarly situated persons,

                              Plaintiff,

              - against -

THE YES PLATFORM, INC.,

                            Defendants.
-----------------------------------------------------------X

Case No.   1:20-cv-5472-RRM-SJB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against The Yes Platform, Inc.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       January 25, 2021

                                          SHAKED LAW GOUP, P.C.
                                          Attorneys for Plaintiff

                                         By: */s/Dan Shaked*
                                          Dan Shaked (DS-3331)
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          Fax (718) 704-7555
                                          e-mail: ShakedLawGroup@Gmail.com